Lawrence Tobe **LIEBERT**, Movant,

v.

**KENTUCKY BAR ASSOCIATION**, Respondent.

**No. 90–SC–233–KB.**

Supreme Court of Kentucky.

June 20, 1990.

As Amended June 27, 1990.

AMENDED ORDER

The order of this Court entered June 20, 1990, is amended to be designated to be published and to read as follows:

The application of the Movant, Lawrence Tobe Liebert, to be reinstated to the practice of law in the Commonwealth of Kentucky, is hereby granted. SCR 3.500.

Mr. Liebert shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

/s/ Robert F. Stephens
Chief Justice